UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ELMWOOD ACADEMY, INC.**                                              **CIVIL ACTION**

**VERSUS**                                                             **NO. 06-6118**

**ESSEX INSURANCE COMPANY**                                            **SECTION: "K"(3)**

## ORDER

In consideration of the Joint Motion for Dismissal with Prejudice filed by the parties (Rec. Doc. 14), accordingly

**IT IS ORDERED** that the Joint Motion is **GRANTED.** The above-captioned action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana this __15th__ day of January, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**